**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Diane P. Giordano                                    CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 25-14827 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of LoanDepot and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
12 Dec 2025, 15:10:50, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322