United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 25-14827-djb

Diane P. Giordano                                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 1

Date Rcvd: Mar 05, 2026                       Form ID: 195                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

**Recip ID             Recipient Name and Address**
db                   + Diane P. Giordano, 110 Saddlebrook Drive, Dublin, PA 18917-2124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

DAVID B. SPITOFSKY
                                  on behalf of Debtor Diane P. Giordano spitofskybk@verizon.net
                                  spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

LYNN E. FELDMAN
                                  trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MATTHEW K. FISSEL
                                  on behalf of Creditor LoanDepot bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                      : Chapter 7


Diane P. Giordano                                           : Case No. 25−14827−djb
          Debtor(s)


### *ORDER*
_____


AND NOW, this day , March 4, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Derek J Baker
Judge, United States Bankruptcy Court


14
Form 195